RICHARD J. DOREN, SBN 124666
rdoren@gibsondunn.com
DEBRA WONG YANG, SBN 123289
dwongyang@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

BRAD D. BRIAN, SBN 79001
brad.brian@mto.com
MICHAEL R. DOYEN, SBN 119687
michael.doyen@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for MGM RESORTS INTERNATIONAL and MANDALAY CORP.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHELLE SPENCER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STEPHEN PADDOCK, et al., <br><br> Defendants. | Case No. 2:17-cv-08332 <br><br> **NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS** <br><br> [pursuant to L.R. 83-1.4] |

**TO THE COURT, AND TO PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Local Rule 83-1.4, Defendants MGM Resorts International and Mandalay Corporation advise the Court and parties that they are presently aware of seven other actions involving all or a material part of the subject matter of this action: three are currently pending in the Superior Court for the County of Los Angeles, California, and four are currently pending in the District Court for the County of Clark, Nevada. A brief summary of these actions (organized chronologically by date of filing), along with other specific information required by Local Rule 83-1.4, is set forth below.

1. *In re Estate of Stephen Paddock*, No. P-17-093191-E (D. Ct., Clark Cty. Nev. Oct. 6, 2017) ("*In re Paddock*")

*In re Paddock* is an ex parte petition for appointment of a Clark County Public Administrator as Special Administrator with General Powers, filed on October 6, 2017 in the District Court for the County of Clark, Nevada, which is currently assigned to Judge Gloria Sturman. Pet. at 4. The petitioner in *In re Paddock* alleges that he is the son of a victim of Stephen Paddock, who died on or about October 1, 2017. *Id.* ¶ 4. The petitioner alleges that the appointment of a Special Administrator is "necessary to allow one or more lawsuits to be pursued by the Petitioner and others who have suffered loss, distress, and injuries by the Decedent . . . ." *Id.* ¶ 8.

The parties and participants in *In re Paddock* are:[1]

| **Petitioner** | **Public Administrator** |
|---|---|
| Travis Phippen | A hearing on Petitioner's Petition for Appointment of Clark County Public Administrator as Special Administrator with General Powers has been set for November 17, 2017.<br><br>John J. Cahill<br>Clark County Public Administrator<br>515 Shadow Lane<br>Las Vegas, NV 89106 |

The attorneys in *In re Paddock* are:

| **Petitioner's Counsel** | **Public Administrator's Counsel** |
|---|---|
| Richard J. Chatwin<br>Samuel M. Warren<br>Gerrard Cox Larsen<br>2540 Saint Rose Pkwy., Suite 200<br>Henderson, NV 89074<br>(702) 796-4000<br><br>Richard A. Patterson<br>Owen Patterson & Owen<br>23822 Valencia Blvd., Suite 303<br>Valencia, CA 81355<br>(661) 799-3899 | A hearing on Petitioner's Petition for Appointment of Clark County Public Administrator as Special Administrator with General Powers has been set for November 17, 2017.<br><br>John J. Cahill<br>Clark County Public Administrator<br>515 Shadow Lane<br>Las Vegas, NV 89106 |

2. ***Prescott, et al. v. Slide Fire Solutions, LP, et al.*, No. A-17-762709 (D. Ct., Clark Cty. Nev. Oct. 6, 2017)**

*Prescott* is a class action filed in the District Court for the County of Clark, Nevada, on October 6, 2017, which is currently assigned to Judge Richard Scotti. The causes of action in *Prescott* are negligence; negligent infliction of emotional distress (bystander); negligent infliction of emotional distress (direct); negligent products

---

[1] Parties and participants who are also a party in this action are marked in bold italics with an asterisk.

liability (unreasonably dangerous product); strict products liability (defective product); and public nuisance.

The parties and participants in *Prescott* are:

| Plaintiff | Defendants |
|---|---|
| Devon Prescott, individually and on behalf of all those similarly situated; Brooke Freeman, individually and on behalf of all those similarly situated; Tasaneeporn Upright, individually and on behalf of all those similarly situated. | Slide Fire Solutions, LP Doe Manufacturers 1 through 100 Roe Retailers 1 through 100 |

The attorneys in *Prescott* are:

| Plaintiff's Counsel | Defendants' Counsel |
|---|---|
| Robert T. Eglet Robert M. Adams Aaron D. Ford Erica D. Entsminger Eglet Prince 400 South Seventh Street, Suite 400 Las Vegas, NV 89101 (702) 450-5400<br><br>Jonathan E. Lowy (*pro hac pending*) Brady Center to Prevent Gun Violence 840 1st St., NE, #400 Washington, DC 20002 (202) 370-8104 | As of the filing of this Notice, no defendants have appeared in this action. |

3. ***Gasper v. MGM Resorts International, et al.*, No. A-17-762858-C (D. Ct., Clark Cty. Nev. Oct. 10, 2017)**

*Gasper* is an individual action filed in the Superior Court for the County of Los Angeles, California, on October 10, 2017, which is currently assigned to Judge Ronald Israel. The claims for relief in *Gasper* are negligence (against MGM, Mandalay Corp., Does/Roes); negligence (against MGM, Live Nation, Does/Roes); battery (against Estate of Stephen Paddock); intentional infliction of emotional distress (against Estate

of Stephen Paddock); negligence (against Slide Fire, Does/Roes); gross negligence (against Slide Fire, Does/Roes); strict products liability (design defect, against Slide Fire, Does/Roes); strict products liability (manufacturing defect, against Slide Fire, Does/Roes); and strict products liability (manufacturing defect/failure to warn, against Slide Fire, Does/Roes).

The parties and participants in *Gasper* are:

| **Plaintiff** | **Defendants** |
|---|---|
| Paige Gasper, an Individual | ***MGM Resorts International**** <br> ***Mandalay Corporation**** <br> ***Live Nation Entertainment, Inc.**** <br> ***Live Nation Group d/b/a OneNationGroup, LLC**** <br> ***Estate of Stephen Paddock**** <br> Slide Fire Solutions, LP <br> Doe Manufacturers 1 through 100 <br> Roe Retailers 1 through 100 <br> Doe Security Officer 1 through 100 <br> Doe Event Planner 1 through 100 <br> Doe Event Manager 1 through 100 <br> Roe Event Company 1 through 100 <br> Does 1 through 100 <br> Roes 1 through 100 |

The attorneys in *Gasper* are:

| **Plaintiff's Counsel** | **Defendants' Counsel** |
|---|---|
| Nathan R. Morris<br>Jacqueline R. Bretell<br>Bighorn Law, LLC<br>716 South Jones Blvd.<br>Las Vegas, NV 89107<br>(702) 333-1111<br><br>Michelle Simpson Tuegel<br>Hunt & Tuegel, PLLC<br>425 Austin Ave., Suite 1202<br>Waco, TX 76701<br>P.O. Box 726<br>Waco, TX 76703<br>(254) 753-3738<br><br>Muhammad S. Aziz<br>Michelle A. Ciolek<br>Abraham, Watkins, Nichols, Sorrels, Agosto & Aziz<br>800 Commerce St.<br>Houston, TX 77002<br>(713) 222-7211<br><br>C. Chad Pinkerton<br>The Pinkerton Law Firm, PLLC<br>5020 Montrose Blvd., Suite 550<br>Houston, TX 77006<br>(713) 360-6722 | As of the filing of this Notice, no defendants have appeared in this action. |

4.  ***Sheppard v. MGM Resorts International, et al.*, No. A-17-763035-C (D. Ct., Clark Cty. Nev. Oct. 13, 2017)**

*Sheppard* is an individual action filed in the District Court for the County of Clark, Nevada, on October 13, 2017, which is currently assigned to Judge Mark Denton. The claims for relief in *Sheppard* are negligence (against MGM, Mandalay Corp., Does/Roes); negligence (against MGM, Live Nation, Does/Roes); battery (against Estate of Stephen Paddock); intentional infliction of emotional distress

1 (against Estate of Stephen Paddock); negligence (against Slide Fire, Does/Roes); gross
2 negligence (against Slide Fire, Does/Roes); strict products liability (design defect,
3 against Slide Fire, Does/Roes); strict products liability (manufacturing defect, against
4 Slide Fire, Does/Roes); strict products liability (manufacturing defect/failure to warn,
5 against Slide Fire, Does/Roes); and gross negligence (punitive damages, against
6 MGM, Mandalay Bay Corp., Live Nation, Does/Roes).

The parties and participants in *Sheppard* are:

| Plaintiff | Defendants |
|---|---|
| Rachel Sheppard, an Individual | *MGM Resorts International\**<br>*Mandalay Corporation\**<br>*Live Nation Entertainment, Inc.\**<br>*Live Nation Group d/b/a OneNationGroup, LLC\**<br>*Estate of Stephen Paddock\**<br>Slide Fire Solutions, LP<br>Roe Manufacturers 1 through 100<br>Roe Retailers 1 through 100<br>Doe Security Officer 1 through 100<br>Doe Event Planner 1 through 100<br>Doe Event Manager 1 through 100<br>Roe Event Company 1 through 100<br>Does 1 through 100<br>Roes 1 through 100 |

The attorneys in *Sheppard* are:

| **Plaintiff's Counsel** | **Defendants' Counsel** |
|---|---|
| Brian D. Nettles<br>Christian M. Morris<br>Nettles Law Firm<br>1389 Galleria Drive, Suite 200<br>Henderson, NV 89014<br><br>James Lee (*pro hac pending*)<br>Lee Murphy Law Firm<br>440 Louisiana St. #300<br>Houston, TX 77002<br>(713) 275-6990<br><br>A. Craig Eiland (*pro hac pending*)<br>1220 Colorado St., Suite 300<br>Austin, TX 78701<br>(409) 763-3260 | James J. Pisanelli<br>Todd L. Bice<br>Pisanelli Bice PLLC<br>400 South 7th Street<br>Las Vegas, NV 89101<br>(702) 214-2100<br>*Counsel for MGM Resorts International and Mandalay Corporation*<br><br>Brad D. Brian<br>Munger, Tolles & Olson LLP<br>355 South Grand Avenue<br>Los Angeles, CA 90071<br>(213) 683-9100<br>*Counsel for MGM Resorts International and Mandalay Corporation*<br><br>Richard J. Doren<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>(213) 229-7000<br>*Counsel for MGM Resorts International and Mandalay Corporation*<br><br>As of the filing of this Notice, no other defendants have appeared in this action. |

5. ***Gus Castilla v. MGM Resorts International, et al.*, No. BC679987 (L.A. Super. Ct. Oct. 17, 2017) ("*Castilla I*")**

*Castilla I* is an individual action filed in the Superior Court for the County of Los Angeles, California, on October 17, 2017, which is currently unassigned. The causes of action in *Castilla I* are negligence (hotel defendants); negligence (venue defendants); battery; assault; intentional infliction of emotional distress; negligence (products defendants); gross negligence; strict products liability (design defect); strict

products liability (manufacturing defect); strict products liability (failure to warn); and wrongful death.

The parties and participants in *Castilla I* are:

| **Plaintiff** | **Defendants** |
|---|---|
| Gus Castilla, individually and as Successor-in-Interest on Behalf of Decedent Andrea Castilla | *MGM Resorts International\**<br>*Mandalay Corporation\**<br>*Live Nation Entertainment, Inc.\**<br>*Live Nation Group d/b/a OneNationGroup, LLC\**<br>Contemporary Services Corporation<br>*Estate of Stephen Paddock\**<br>Slide Fire Solutions, LP<br>Doe Manufacturers 1 through 100<br>Roe Retailers 1 through 100<br>Doe Security Officer 1 through 100<br>Doe Event Planner 1 through 100<br>Doe Event Manager 1 through 100<br>Roe Event Company 1 through 100<br>Does 1 through 100<br>Roes 1 through 100 |

The attorneys in *Castilla I* are:

| **Plaintiff's Counsel** | **Defendants' Counsel** |
|---|---|
| Richard K. Bridgford<br>Michael H. Artinian<br>Bridgford, Gleason & Artinian<br>26 Corporate Plaza, Suite 250<br>Newport Beach, CA 92660<br>(949) 831-6611<br><br>Patrick McNicholas<br>Justin J. Eballar<br>McNicholas & McNicholas, LLP<br>10866 Wilshire Blvd., Suite 1400<br>Los Angeles, CA 90024<br>(310) 474-1582 | As of the filing of this Notice, no defendants have appeared in this action. |

6. ***Athena Castilla, et al. v. MGM Resorts International, et al.***, No. BC680193 (L.A. Super. Ct. Oct. 18, 2017) ("*Castilla II*")

*Castilla II* is an individual action filed in the Superior Court for the County of Los Angeles, California, on October 18, 2017, which is currently unassigned. The causes of action in *Castilla I* are negligence (hotel defendants); negligence (venue defendants); battery; assault; intentional infliction of emotional distress; negligence (products defendants); gross negligence; strict products liability (design defect); strict products liability (manufacturing defect); and strict products liability (failure to warn).

The parties and participants in *Castilla II* are:

| **Plaintiff** | **Defendants** |
|---|---|
| Athena Castilla, individually; and Shane Armstrong, individually. | ***MGM Resorts International**** <br> ***Mandalay Corporation**** <br> ***Live Nation Entertainment, Inc.**** <br> ***Live Nation Group d/b/a OneNationGroup, LLC**** <br> Contemporary Services Corporation <br> ***Estate of Stephen Paddock**** <br> Slide Fire Solutions, LP <br> Doe Manufacturers 1 through 100 <br> Roe Retailers 1 through 100 <br> Doe Security Officer 1 through 100 <br> Doe Event Planner 1 through 100 <br> Doe Event Manager 1 through 100 <br> Roe Event Company 1 through 100 <br> Does 1 through 100 <br> Roes 1 through 100 |

The attorneys in *Castilla II* are:

| **Plaintiff's Counsel** | **Defendants' Counsel** |
|---|---|
| Richard K. Bridgford<br>Michael H. Artinian<br>Bridgford, Gleason & Artinian<br>26 Corporate Plaza, Suite 250<br>Newport Beach, CA 92660<br>(949) 831-6611<br><br>Patrick McNicholas<br>Justin J. Eballar<br>McNicholas & McNicholas, LLP<br>10866 Wilshire Blvd., Suite 1400<br>Los Angeles, CA 90024<br>(310) 474-1582 | As of the filing of this Notice, no defendants have appeared in this action. |

7. ***Dancel v. MGM Resorts International, et al.*, No. BC680370 (L.A. Super. Ct. Oct. 18, 2017)**

*Dancel* is an individual action filed in the Superior Court for the County of Los Angeles, California, on October 18, 2017, which is currently unassigned. The causes of action in *Dancel* are negligence (hotel defendants); negligence (venue defendants); battery; assault; intentional infliction of emotional distress; negligence (products defendants); gross negligence; strict products liability (design defect); strict products liability (manufacturing defect); and strict products liability (failure to warn).

The parties and participants in *Dancel* are:

| Plaintiff | Defendants |
|---|---|
| Lisa Dancel, individually; and Bryce Heathcoat, individually. | ***MGM Resorts International*** *<br>**Mandalay Corporation*** <br>***Live Nation Entertainment, Inc.*** <br>***Live Nation Group d/b/a OneNationGroup, LLC*** <br>Contemporary Services Corporation<br>***Estate of Stephen Paddock*** <br>Slide Fire Solutions, LP<br>Doe Manufacturers 1 through 100<br>Roe Retailers 1 through 100<br>Doe Security Officer 1 through 100<br>Doe Event Planner 1 through 100<br>Doe Event Manager 1 through 100<br>Roe Event Company 1 through 100<br>Does 1 through 100<br>Roes 1 through 100 |

The attorneys in *Dancel* are:

| Plaintiff's Counsel | Defendants' Counsel |
|---|---|
| Patrick McNicholas<br>Justin J. Eballar<br>McNicholas & McNicholas, LLP<br>10866 Wilshire Blvd., Suite 1400<br>Los Angeles, CA 90024<br>(310) 474-1582 | As of the filing of this Notice, no defendants have appeared in this action. |

8.  ***Vanderstay, et al. v. MGM Resorts International, et al.*, No. BC683403 (L.A. Super. Ct. Nov. 13, 2017)**

*Vanderstay* is an individual action filed in the Superior Court for the County of Los Angeles, California, on November 13, 2017, which is currently unassigned. The causes of action in *Vanderstay* are negligence (hotel defendants); negligence (venue defendants); battery; assault; intentional infliction of emotional distress; negligence (products defendants); gross negligence; strict products liability (design defect); strict products liability (manufacturing defect); and strict products liability (failure to warn).

11
NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS

The parties and participants in *Vanderstay* are:

| Plaintiff | Defendants |
|---|---|
| Nathalie Vanderstay, Ted Kalnas and Vedamay Bradford | ***MGM Resorts International\****<br>***Mandalay Corporation\****<br>***Live Nation Entertainment, Inc.\****<br>***Live Nation Group d/b/a OneNationGroup, LLC\****<br>Contemporary Services Corporation<br>***Estate of Stephen Paddock\****<br>Slide Fire Solutions, LP<br>Doe Manufacturers 1 to 100<br>Roe Retailers 1 to 100<br>Doe Security Officers 1 to 100<br>Doe Event Planner 1 to 100<br>Doe Event Manager 1 to 100<br>Roe Event Company 1 to 100<br>Does 1 to 100<br>Roes 1 to 100 |

The attorneys in *Vanderstay* are:

| Plaintiff's Counsel | Defendants' Counsel |
|---|---|
| James E. Fox<br>Fox & Fox Law Corporation<br>15233 Ventura Blvd., Suite 1111<br>Sherman Oaks, CA 91403<br>(818) 986-4494 | As of the filing of this Notice, no defendants have appeared in this action. |

DATED: November 15, 2017

                                                    GIBSON, DUNN & CRUTCHER LLP


By: _____/s/ Richard J. Doren_____
           Richard J. Doren

Attorneys for Defendants
MGM RESORTS INTERNATIONAL and
MANDALAY CORP.