NAPOLIN LAW FIRM, INC.
Alexander D. Napolin (SBN: 280067)
Catherine R. Lombardo (SBN: 160461)
269 W. Bonita Avenue
Claremont, CA 91711
Office: (909) 325-6032

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SPENCER, CINDY VANDYKE, JEFFREY SAMBRANO, AMANDA SAMBRANO, STEPHEN SAMBRANO, JANAE SAMBRANO, ET AL.<br>Plaintiff(s),<br>v.<br>STEPHEN PADDOCK, a deceased individual; THE ESTATE OF STEPHEN PADDOCK; MGM RESORTS INTERNATIONAL, a Delaware corporation; ET AL.<br>Defendant(s). | CASE NUMBER<br>2: 17-CV-08332<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ ONLY Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| | |
|---|---|
| NOVEMBER 17, 2017 | /S/ CATHERINE R. LOMBARDO, ESQ. |
| *Date* | *Signature of Attorney/Party* |

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

---

CV-09 (03/10)   NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)